Kenneth W. Legacki, Esq.
Kenneth W. Legacki, P.C.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHANNA THORNTON, JENNIFER PRATER, and HEATHER KIDD, for themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRAZY HORSE, INC.; JEANETTE H. JOHNSON; SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE; KATHLEEN HARTMAN; CAROL J. HARTMAN; and MARCO GONZALEZ,<br><br>Defendants. | Case No. 3:06-cv-00251-TMB |

**AFFIDAVIT OF KENNETH LEGACKI**
**IN SUPPORT OF MOTION FOR ATTORNEY FEES**

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

EXHIBIT 1 - Page 1 of 4

Case 3:06-cv-00251-TMB-DMS   Document 236-1   Filed 07/18/12   Page 1 of 4

STATE OF ALASKA           )
                          ) ss
THIRD JUDICIAL DISTRICT   )

        KENNETH W. LEGACKI, being first duly sworn upon his oath, deposes and states:

    1.    I am the attorney of record for the Plaintiffs in the above-captioned matter.

    2.    The attached billing for legal services rendered in this matter is accurate and the services have been actually, reasonably and necessarily performed. Plaintiffs submit their itemized bill to this Court for an award of $119,875.00 (342.5 hours at $350.00 per hour) in attorney fees, and $2,280.00 (15.2 hours at $150.00 per hour) in paralegal fees. (Ex. 2, Billing)

    3.    My fee of $350.00 per hour is a reasonable fee, as has been determined by the State of Alaska trial courts.

    4.    The paralegal fee of $150.00 per hour is a reasonable fee, as has been determined by the State of Alaska trial courts.

    5.    I began practicing law in 1982 as a law clerk for Judge Thomas Schulz in Ketchikan, Alaska, and was an acting magistrate until I left the clerkship in 1984.

    6.    I am a co-author of the Alaska chapter in the treatise, **Wage and Hours Laws: A State-by-State Survey**, First and Second Editions, prepared

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

AFFIDAVIT OF KENNETH W. LEGACKI IN SUPPORT OF
    MOTION FOR ATTORNEY FEES
Thornton, et al. v. Crazy Horse, Inc., et al. - Case No. 3:06-cv-00251-TMB
Page 2 of 4

EXHIBIT 1 - Page 2 of 4

Case 3:06-cv-00251-TMB-DMS   Document 236-1   Filed 07/18/12   Page 2 of 4

by the American Bar Association's Federal Labor Standards Legislation Committee. (Ex. 3)

7. I have been a presenter at CLEs on employment law and wage and hour law, and have twice guest lectured at Seattle University Law School.

8. I am a member of the American Bar Association's Fair Labor Standards Legislation Committee and the Employment Rights and Responsibilities Committee. I also belong to the National Employment Lawyers Association (NELA) and the American Association for Justice (AAJ).

9. I am also a member of the Alaska Bar Association's Discipline Committee, and have been a member of the Fee Arbitration Committee. I have also been appointed a special prosecutor by the Alaska Bar Association in two discipline matters.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Kenneth W. Legacki

SUBSCRIBED and SWORN TO before me this 16th day of July, 2012.

Notary Public in and for Alaska
My Commission Expires: 10-1-2012

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

AFFIDAVIT OF KENNETH W. LEGACKI IN SUPPORT OF
MOTION FOR ATTORNEY FEES
Thornton, et al. v. Crazy Horse, Inc., et al. - Case No. 3:06-cv-00251-TMB
Page 3 of 4

EXHIBIT 1 - Page 3 of 4

I HEREBY CERTIFY that on the 18th day of July, 2012, a copy of the foregoing document was electronically served on:

Rex Lamont Butler, Esq.
David E. George, Esq.
Kenneth P. Jacobus, Esq.
Bradley J. Shafer, Esq.

      s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

AFFIDAVIT OF KENNETH W. LEGACKI IN SUPPORT OF
    MOTION FOR ATTORNEY FEES
Thornton, et al. v. Crazy Horse, Inc., et al. - Case No. 3:06-cv-00251-TMB
Page 4 of 4

EXHIBIT 1 - Page 4 of 4