**KENNETH W. LEGACKI, P.C.**
425 G STREET, SUITE 920
ANCHORAGE, AK 99501
Tax Id. No. 92-0138704

**907-258-2422**

| Invoice submitted to: |
|---|
| Jennifer Prater |
| Heather Kidd |
| Shanna Thornton |

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| July 16, 2012 | 81 | |

In Reference To: Jennifer Prater, et al. vs. Crazy Horse, et al.

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/14/2006 | KWL | Conference with Jennifer, Heather and Shanna | 2.40 | 840.00 |
| 8/15/2006 | KWL | Conference with Shanna Thornton, Jennifer Prater and Heather Kidd | 1.70 | 595.00 |
| | KSH | Research re: business licenses, corporate status, and ownership of employers | 0.70 | 105.00 |
| | KSH | Work on clients' damage calculations; review time records | 1.30 | 195.00 |
| 8/17/2006 | KWL | Meeting with Shanna | 2.80 | 980.00 |
| 8/18/2006 | KWL | Meeting with Shanna Thornton; research dancer cases | 3.50 | 1,225.00 |
| 8/20/2006 | KWL | Draft/revise complaint | 0.60 | 210.00 |
| 9/25/2006 | KWL | Review Rex Butler's Entry of Appearance for Crazy Horse/Jeanette Johnson | 0.10 | 35.00 |
| | KWL | Review Entry of Appearance of Ken Jacobus for Kathleen Hartman | 0.10 | 35.00 |
| 10/9/2006 | KWL | Review Entry of Appearance of Ken Jacobus for Sands North, Inc,, Carol Hartman and Marco Gonzalez | 0.10 | 35.00 |
| 10/23/2006 | KWL | Review/analyze Defendant Sands North, Inc.'s Motion for Partial Summary Disposition, Memorandum of Points and Authorities and (proposed) Order; legal research issues | 2.70 | 945.00 |
| 10/25/2006 | KWL | Review Answer of Crazy Horse and Jeanette Johnson (to Complaint) | 0.20 | 70.00 |

EXHIBIT 2 - Page 1 of 11

|  |  | Hours | Amount |
|---|---|---|---|
| 10/31/2006 KWL | Review Notice of Filing Notice of Removal (to Federal Court) and related documents; research issue of removal after filing in superior court | 2.20 | 770.00 |
| 11/6/2006 KWL | Review Sands North Defendants' Renewal of Motion to Dismiss for Partial Summary Disposition (filed in Federal Court), Answer of Sands North Defendants | 1.00 | 350.00 |
| 11/13/2006 KWL | Review filing of state court documents | 0.80 | 280.00 |
| 11/14/2006 KWL | Review Court's Order re: Initial Case Status Report and Case Scheduling and Planning (status report due by Dec. 12, 2006) | 0.10 | 35.00 |
| 11/20/2006 KWL | Draft motion for extension of time to respond to Renewal of Motion for Summary Judgment | 0.40 | 140.00 |
| 11/22/2006 KWL | Review Crazy Horse's Joinder in Renewal of Motion for Partial Summary Disposition | 0.40 | 140.00 |
| 12/3/2006 KWL | Research; draft opposition to renewed motion for summary judgment | 8.30 | 2,905.00 |
| 12/4/2006 KWL | Fax and e-mail to defense counsel with revised draft of Scheduling and Planning Conference Report | 0.20 | 70.00 |
| 12/5/2006 KWL | Confer with clients re: opposition to Renewal of Motion for Partial Summary Disposition | 0.80 | 280.00 |
| 12/6/2006 KWL | Finalize Plaintiff's Opposition to Renewal of Motion for Partial Summary Disposition | 0.40 | 140.00 |
| 12/11/2006 KSH | Review proposed revisions from defense counsel and revise draft Scheduling and Planning Report | 0.80 | 120.00 |
| KWL | Draft and revise letter to defense counsel re: Scheduling and Planning Conference Report; objections to production of tax returns, etc.; disclosure of employment records, etc. | 1.00 | 350.00 |
| KWL | Review Sands North's Corporate Disclosure Statement; conference with counsel re: discovery, etc., and extension of time for defendants to respond to opposition to summary disposition motion | 1.70 | 595.00 |
| 12/12/2006 KWL | Research and draft class certification motion (December 12-13, 2006) | 11.40 | 3,990.00 |
| 12/18/2006 KWL | Review Court's Scheduling and Planning Order | 0.30 | 105.00 |
| 12/19/2006 KWL | Review Court's Amended Scheduling and Planning Order | 0.20 | 70.00 |
| 12/21/2006 KWL | Conference with counsel and review defendants' motion for extension of time to respond to summary disposition opposition | 0.50 | 175.00 |

EXHIBIT 2 - Page 2 of 11

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/27/2006 | KWL | Conference with counsel and review enlargement of time motion | 0.30 | 105.00 |
| 1/3/2007 | KWL | Review Sands North's Opposition to Motion for Class Certification; review cases | 3.20 | 1,120.00 |
| | KWL | Prepare for and attend scheduling conference | 2.00 | 700.00 |
| 1/4/2007 | KWL | Review Sands North's Reply to Opposition to Renewal of Motion for Partial Summary Disposition, Crazy Horse's Joinder in Reply and Affidavit of Jeanette Johnson | 1.30 | 455.00 |
| 1/9/2007 | KWL | Research; draft Reply to Opposition to Motion for Class Certification | 4.30 | 1,505.00 |
| 8/9/2007 | KWL | Draft Motion to Permit Discovery Pending Decisions on Class Certification and Summary Judgment Motions | 1.80 | 630.00 |
| 10/15/2007 | KWL | Review Court's Order granting unopposed motion re: discovery pending decisions on motions; review file | 0.30 | 105.00 |
| 11/5/2007 | KWL | Review/analyze Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss for Partial Summary Disposition & Denying Without Prejudice Plaintiff's Motion to Certify Class | 1.00 | 350.00 |
| 11/30/2007 | KWL | Review Court's Order -- Plaintiffs to file Renewed Motion for Class Certification within 30 days | 0.20 | 70.00 |
| 12/29/2007 | KWL | Revise draft renewed motion for class certification (December 29-30, 2007) | 9.60 | 3,360.00 |
| 1/3/2008 | KWL | Draft Motion for Leave to Late File Renewed Motion for Class Certification | 1.70 | 595.00 |
| 2/1/2008 | KWL | Confer with defense counsel | 0.40 | 140.00 |
| 2/11/2008 | KWL | Confer with defense counsel | 0.40 | 140.00 |
| 2/19/2008 | KWL | Review Oppositions to Motion for Conditional Class Certification and Renewed Motion for Class Certification filed by defendants, as well as affidavit | 2.60 | 910.00 |
| 2/28/2008 | KWL | Draft Motion for Extension of Time to respond to oppositions to class certification motions | 0.30 | 105.00 |
| 3/13/2008 | KWL | Research; draft combined reply to oppositions to class certification motions | 3.70 | 1,295.00 |
| 7/31/2008 | KWL | Revise and file First Amended Complaint (per Court Order) | 0.30 | 105.00 |
| 10/1/2008 | KWL | Review Court's Order Denying Without Prejudice Plaintiffs' Motions for FLSA and Rule 23 Class Certification; review cases cited | 2.70 | 945.00 |

EXHIBIT 2 - Page 3 of 11

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/29/2008 | KWL | Confer with counsel and revise Scheduling and Planning Conference Report | 1.30 | 455.00 |
| 11/20/2008 | KWL | Attend Status Conference and review Court's Scheduling and Planning Order | 1.80 | 630.00 |
| 12/4/2008 | KWL | Confer with defense counsel and prepare Status Report Regarding Discovery for Court | 1.00 | 350.00 |
| 12/19/2008 | KWL | Submit Supplemental Status Report Regarding Discovery to the Court | 0.60 | 210.00 |
| 1/20/2009 | KWL | Submit Stipulation to Change Time of Status Hearing on January 23, 2009 | 0.40 | 140.00 |
| 1/23/2009 | KWL | Prepare for and attend status hearing | 2.10 | 735.00 |
| 1/26/2009 | KWL | Review Court's Order re: protective order and confer with counsel | 0.20 | 70.00 |
| 1/30/2009 | KWL | Review Proposed Confidentiality Order | 0.30 | 105.00 |
| 2/9/2009 | KWL | Review  Court's Confidentiality Order | 0.40 | 140.00 |
| 2/19/2009 | KWL | Review Crazy Horse's Initial Disclosures & log of hours/dates worked | 0.40 | 140.00 |
| 2/22/2009 | KWL | Draft discovery requests to defendants | 2.10 | 735.00 |
| 2/24/2009 | KWL | Draft Plaintiffs' Witness List; review witness list of Crazy Horse Defendants | 0.60 | 210.00 |
| 4/6/2009 | KWL | Draft and finalize letter to defense counsel re: responses to plaintiffs' discovery requests | 0.20 | 70.00 |
| 4/17/2009 | KWL | Review Crazy Horse's Response to First Request for Production and documents produced | 3.90 | 1,365.00 |
| 5/26/2009 | KWL | Review Fantasies/Sands North's Initial Disclosures and discovery responses | 0.60 | 210.00 |
| 5/28/2009 | KWL | Draft letter to defense counsel regarding extending pretrial deadlines by six months | 0.20 | 70.00 |
| 6/10/2009 | KWL | Draft Motion to Extend Pretrial Deadlines (seven months); confer with opposing counsel | 0.80 | 280.00 |
| 11/12/2009 | KSH | Work on clients' initial disclosures; review employment records; redact information | 2.30 | 345.00 |
| 2/2/2010 | KWL | Draft Expert Witness Disclosure (none for plaintiffs) | 0.30 | 105.00 |
| 3/3/2010 | KWL | Review notice from Sands North - no expert witnesses | 0.20 | 70.00 |
| 3/30/2010 | KSH | Finish organizing and numbering clients' initial disclosure documents | 1.10 | 165.00 |

EXHIBIT 2 - Page 4 of 11