|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/28/2011 | KWL | Review Court's Order re: settlement conference on August 4, 2011 | 0.20 | 70.00 |
|  | KWL | Conference with opposing counsel re: extension for all parties to file settlement briefs | 0.40 | 140.00 |
|  | KSH | E-mails to clients re: new settlement conference date of August 4, 2011 | 0.20 | 30.00 |
| 7/7/2011 | KWL | Conferences with clients; draft settlement brief | 4.90 | 1,715.00 |
| 7/28/2011 | KSH | Work on damage calculations for settlement conference | 1.60 | 240.00 |
|  | KSH | E-mails to clients re: settlement conference and scheduling conferences with Mr. Legacki | 0.30 | 45.00 |
| 8/2/2011 | KSH | E-mails to clients forwarding settlement brief | 0.20 | 30.00 |
| 8/4/2011 | KWL | Prepare for and attend Settlement Conference; conferences with clients | 5.40 | 1,890.00 |
| 8/5/2011 | KWL | Work on and revise Second Supplemental Disclosures w/plaintiffs' revised damage calculations | 0.40 | 140.00 |
| 9/26/2011 | KWL | Review Court's Order Denying in Part and Granting in Part Defendants' Motion for Summary Judgment and setting trial for January 3, 2012 -- Plaintiffs' damage calculations due Oct. 28, 2011 | 1.90 | 665.00 |
| 10/10/2011 | KWL | Review Crazy Horse's Motion for Reconsideration of Order of September 26, 2011 | 1.20 | 420.00 |
| 10/20/2011 | KWL | Review Court's Order Denying Defendants' Motion for Reconsideration | 0.40 | 140.00 |
| 11/3/2011 | KSH | Work on Plaintiffs' trial exhibits | 0.80 | 120.00 |
| 12/13/2011 | KSH | Prepare updated exhibit list and review calculations | 0.40 | 60.00 |
| 12/14/2011 | KSH | E-mails to clients forwarding offer and scheduling conferences with Mr. Legacki | 0.20 | 30.00 |
| 12/19/2011 | KWL | Review Court's Order setting pretrial conference for December 29 and findings/conclusions due December 30 | 0.20 | 70.00 |
| 12/20/2011 | KWL | Review letters from Crazy Horse's counsel of December 12 and 20, 2011 and Offer of Judgment; contact clients to discuss offer; research as to whether it is a proper offer | 2.60 | 910.00 |
| 12/22/2011 | KWL | Review parties' trial exhibits and documents | 2.70 | 945.00 |
| 12/27/2011 | KWL | Review parties' trial exhibits and prepare objections to Defendants' trial exhibits | 3.50 | 1,225.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/27/2011 | KWL | Prepare Plaintiffs' Renewed Motion in Limine No. 1 re: Exclusion of Witnesses | 0.60 | 210.00 |
|  | KWL | Prepare Plaintiffs' Renewed Motion in Limine No. 2 re: Exclusion of Trial Exhibits | 0.30 | 105.00 |
| 12/28/2011 | KSH | E-mails to clients regarding new trial exhibits from Crazy Horse Defendants and subpoenas | 0.40 | 60.00 |
| 12/29/2011 | KWL | Review Defendants' additional trial exhibits; prepare amended objections to exhibits | 0.80 | 280.00 |
|  | KWL | Revise Plaintiffs' Proposed Findings of Fact and Conclusions of Law | 5.60 | 1,960.00 |
|  | KWL | Prepare for and attend hearing/pretrial conference; review Court's Order | 3.20 | 1,120.00 |
| 12/30/2011 | KWL | Review documents and prepare Plaintiffs' Amended Exhibit List and Notice | 0.60 | 210.00 |
|  | KWL | Review Sands North's first in limine motion on issue of attorney-client documents and draft opposition | 1.50 | 525.00 |
|  | KWL | Research; prepare Motion to Quash Subpoenas | 3.40 | 1,190.00 |
|  | KWL | Review Crazy Horse's Response to Plaintiffs' Renewed in Limine Motion re: exclusion of trial exhibits and Crazy Horse's Exhibit List | 0.60 | 210.00 |
|  | KWL | Review Sands North's Proposed Findings of Fact and Conclusions of Law | 0.80 | 280.00 |
|  | KWL | Review Crazy Horse's Preliminary Findings of Fact and Conclusions of Law and Response to Motion to Quash Subpoenas | 0.80 | 280.00 |
| 12/31/2011 | KWL | Prepare for trial | 9.50 | 3,325.00 |
| 1/1/2012 | KWL | Prepare for trial | 8.60 | 3,010.00 |
| 1/2/2012 | KWL | Prepare for trial; meet with clients | 10.70 | 3,745.00 |
| 1/3/2012 | KWL | Prepare for and attend trial; meet with clients; review Court's Orders granting Motion to Quash Trial Subpoenas, denying Motion to Compel Tax Records of Shanna Thornton, and denying parties' motions in limine | 11.00 | 3,850.00 |
| 1/4/2012 | KWL | Prepare for and attend trial; meet with clients; deposition of Mark Yost | 13.00 | 4,550.00 |
| 1/5/2012 | KWL | Prepare for and attend trial; meet with clients | 12.00 | 4,200.00 |
| 1/6/2012 | KWL | Prepare for and attend trial; meet with clients | 6.00 | 2,100.00 |
| 3/21/2012 | KWL | Review trial transcript; work on closing argument | 6.30 | 2,205.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/22/2012 | KWL | Review trial transcript; work on closing argument and proposed findings | 3.90 | 1,365.00 |
| 3/23/2012 | KWL | Work on proposed findings; review trial transcript | 4.30 | 1,505.00 |
| 3/30/2012 | KWL | Work on closing argument and proposed findings | 6.40 | 2,240.00 |
| 4/6/2012 | KWL | Work on closing argument and proposed findings | 3.80 | 1,330.00 |
| 4/11/2012 | KWL | Review Defendants' Post-Trial Briefs and Proposed Findings of Fact/Conclusions of Law | 4.00 | 1,400.00 |
| 6/14/2012 | KWL | Review Court's Memorandum of Decision | 1.00 | 350.00 |
|  | KSH | E-mails to clients forwarding the Court's Decision | 0.30 | 45.00 |
| 7/5/2012 | KWL | Draft/revise Motion for Attorney Fees and Affidavit; research | 3.80 | 1,330.00 |
|  |  | For professional services rendered | 357.70 | $122,155.00 |

Additional Charges :

| | | |
|---|---|---:|
| 8/11/2006 | Alaska Court System - filing fee | 150.00 |
| 8/25/2006 | Postal Service - service of process on defendants by certified mail | 51.48 |
| 1/3/2012 | Parking fees while in trial | 84.00 |
| 1/6/2012 | Round-trip airfare for Monique Seybold from Kenai to testify at trial | 247.60 |
| 1/19/2012 | Forty percent of cost of trial transcript (total = $3,467.50) | 1,387.00 |
|  | Total additional charges | $1,920.08 |
|  | Total amount of this bill | $124,075.08 |

Accounts receivable transactions

| | | |
|---|---|---:|
| 3/30/2012 | Refund on trial transcript | ($177.30) |
| 4/24/2012 | Additional refund on trial transcript | ($35.46) |
|  | Total payments and adjustments | ($212.76) |
|  | Balance due | $123,862.32 |